UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY STANTON,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant/Counter-Plaintiff,<br><br>v.<br><br>TIMOTHY STANTON and KATHLEEN SEBELIUS, Secretary, Department of Health and Human Services,<br><br>    Counter-Defendants. | No. 11-cv-282-JPG-DGW |

## **JUDGMENT**

This matter having come before the Court, and the Court having determined it does not have subject matter jurisdiction over this action,

IT IS HEREBY ORDERED AND ADJUDGED that the claims of plaintiff Timothy Stanton and the claims of defendant/counter-plaintiff State Farm Mutual Automobile Insurance Company are dismissed without prejudice for lack of jurisdiction.

                                            **NANCY J. ROSENSTENGEL, Clerk of Court**

**DATED:  August 22, 2011**                s/Jina Hoyt, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**